UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                        Case No. 8:09-cv-1362-T-30AEP

PHUOC T. DO and ROBIN E. DO,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Notice of Compliance with Court Order (Dkt. #31). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.     The settlement of the parties is APPROVED.

2.     Plaintiff is to be reimbursed by Defendant in the amount of $2,100.00.

3.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2010.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-1362.approve 31.frm